In re Estate of Michael P. Breen, Deceased.
Marie K. Breen, Administratrix of Estate of Michael P. Breen, Deceased, Appellant, v. Marguerite F. Breen, Appellee.

Gen. No. 43,677.

opinion filed November 19, 1946; released for publication December 3, 1946. Fred L. Steers, for appellant; William G. Thon, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.